| | |
|---|---|
| 1 | KURT A. KAPPES (SBN 146384) |
| | MICHAEL D. LANE (SBN 239517) |
| 2 | MICHELLE L. DUCHARME (SBN 285572) |
| | GREENBERG TRAURIG, LLP |
| 3 | 1201 K Street, Suite 1100 |
| | Sacramento, CA 95814-3938 |
| 4 | Telephone: (916) 442-1111 |
| | Facsimile: (916) 448-1709 |
| 5 | kappesk@gtlaw.com |
| | lanemd@gtlaw.com |
| 6 | ducharmem@gtlaw.com |
| 7 | Attorneys for Defendant |
| | E*TRADE CLEARING |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHARLES EVANS PATTERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>E*TRADE CLEARING, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>    Defendant. | CASE NO. 4:16-CV-03388-DMR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>The Hon. Donna M. Ryu<br><br>Trial Date: None Set |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff Charles Evans Patterson ("Plaintiff") and Defendant E*TRADE Clearing LLC ("Defendant") have reached a settlement, subject to a formal agreement to be exchanged and executed.

Plaintiff and Defendant expect to file a Stipulation of Dismissal with prejudice by December 31, 2016.

The parties hereby request that the December 7, 2016 Initial Case Management Conference be vacated.

GREENBERG TRAURIG, LLP

Dated: November 30, 2016 By: */s/ Kurt A. Kappes*
Kurt A. Kappes
Michael D. Lane
Michelle L. DuCharme
Attorneys for Defendant
E*TRADE CLEARING

THEODORA ORINGHER PC

Dated: November 30, 2016 By: */s/ Antony Buchignani*
Antony Buchignani
Attorneys for Plaintiff
CHARLES EVANS PATTERSON